# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| TRUSTEES OF THE NYC DISTRICT COUNCIL et al )<br>*Plaintiff* )<br>v. ) Case No. 19-CV-1090 (VSB)<br>ELITE UNION INSTALLLATIONS, LLC, et ano. )<br>*Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant OFFICE SOLUTION GROUP, LLC

Date: 05/07/2019

*Attorney's signature*

LAURENCE J. SASS  LS 7561
*Printed name and bar number*

20 Vesey Street, Suite 1400
New York, New York 10007
*Address*

Larry.Sass@sasslawoffice.com
*E-mail address*

(212) 267-6703
*Telephone number*

(888) 529-8850
*FAX number*